Appeal, Second Circuit, Parish of Caddo. 159 So.2d 312.

Writ refused. No error of law.

160 So.2d 226

#### John SCOTT

v.

#### LIBERTY MUTUAL INSURANCE COMPANY.

No. 47103.

Feb. 7, 1964.

In re: John Scott applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 158 So.2d 848.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

160 So.2d 226

#### Cecile E. THIBERVILLE

v.

#### E. W. VACHER.

No. 47111.

Feb. 7, 1964.

In re: Howard C. Ratcliff et al. applying for certiorari or writ of review to the Court

of Appeal, Fourth Circuit, Parish of Orleans. 159 So.2d 24.

Writ denied. The result reached by the Court of Appeal is correct.

160 So.2d 226

#### ALGIERS HOMESTEAD ASSOCIATION

v.

#### Richard E. BROWN, Jr., Administrator of the Division of Employment Security of the Department of Labor of the State of Louisiana, and Brenda P. Migaud.

No. 47077.

Feb. 7, 1964.

Court of Appeal, Fourth Circuit. 158 So.2d 863.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.